**Julia Y. DYCKMAN, Petitioner**

v.

**Dennis V. DYCKMAN, Respondent.**

Supreme Court of Pennsylvania.

March 27, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of March, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Does the Superior Court decision markedly conflict with the plain wording of section 3105(c) of the divorce code, 23 Pa.C.S.A. § 3105(c)?

(1) Does the Superior Court decision markedly conflict with a series of other decisions of the Superior Court, including *Sorace v. Sorace,*

440 Pa.Super. 75, 655 A.2d 125 (1995); *Gaster v. Gaster*, 703 A.2d 513 (Pa.Super.1997); *McMahon v. McMahon*, 417 Pa.Super. 592, 612 A.2d 1360 (1992) (en banc); *Peck v. Peck*, 707 A.2d 1163 (Pa.Super.1998) and *Miller v. Miller*, 2009 PA Super 197, 983 A.2d 736 (2009)?